# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| SANTOS EDWIN HERNANDEZ RUIZ, §<br>§<br>*Petitioner*, §<br>§<br>v. §<br>§<br>MARY DE ANDA-YBARRA, U.S. §<br>IMMIGRATION AND CUSTOMS EL §<br>PASO FIELD OFFICE DIRECTOR, §<br>TODD LYONS, ACTING DIRECTOR §<br>OF U.S. IMMIGRATION AND §<br>CUSTOMS ENFORCEMENT, KRISTI §<br>NOEM, SECRETARY OF THE U.S. §<br>DEPARTMENT OF HOMELAND §<br>SECURITY, PAMELA JO BONDI, IN §<br>HER OFFICIAL CAPACITY AS THE §<br>ATTORNEY GENERAL OF UNITED §<br>STATES; AND DIRECTOR, ERO EL §<br>PASO CAMP EAST MONTANA §<br>DETENTION FACILITY, EL PASO, §<br>§<br>*Respondents*. § | No. 3:26-CV-00301-LS |

## ORDER DISMISSING CASE

Upon consideration of the parties' Stipulation of Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 4, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 5.